IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **SHARAM AMIR SADEGHI** | **CRIMINAL ACTION** <br><br> **NO. 96-0013-KSM** |

## ORDER

**AND NOW**, this 2nd day of August, 2022, upon consideration of Defendant Sharam Amir Sadeghi's Petition for Writ of Error Coram Nobis (Doc. No. 63) and the Government's Response in Opposition to the Defendant's Motion for Coram Nobis Relief (Doc. No. 66), it is hereby **ORDERED** that Defendant's Petition for Writ of Error Coram Nobis (Doc. No. 63) is **DENIED**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.